**In the Matter of the Petition of Thomas JEWELL, for Allowance of Appeal.**

No. 8065.

Circuit Court of Appeals, Ninth Circuit.

Dec. 20, 1935.

Hugh E. Macbeth, of Los Angeles, Cal., for petitioner.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration thereof, it is ordered that the petition of Thomas Jewell for allowance of appeal under section 24b of the Bankruptcy Act, as amended (11 U.S.C.A. § 47 (b), filed December 16, 1935, be denied. Wilkerson v. Cooch (C.C.A.)

78 F.(2d) 311; Harris v. Prudential Ins. Co. of America (C.C.A.) 78 F.(2d) 849.

---

**JOSE ESCALANTE & COMPANY, Appellant, v. Rufus W. FONTENOT, Acting Collector of Internal Revenue, Appellee.**

**PHIL D. MAYER & SON, Ltd., Appellant, v. SAME.**

**M. TRELLES & COMPANY, Appellant, v. SAME.**

**STONEWALL COTTON MILLS, Inc., Appellant, v. Eugene FLY, Collector of Internal Revenue, Appellee.**

Nos. 7883–7885, 7897.

Circuit Court of Appeals, Fifth Circuit.

Jan. 31, 1936.

Eberhard P. Deutsch, of New Orleans, La., for appellant Jose Escalante & Co.

Leon S. Cahn, of New Orleans, La., for appellant Phil D. Mayer & Son.

John E. Jackson, of New Orleans, La., for appellant M. Trelles & Co.

Joseph B. Brennan, of Atlanta, Ga., for appellant Stonewall Cotton Mills.

Rene A. Viosca, U. S. Atty., of New Orleans, La., for appellee Fontenot.

R. M. Bourdeaux, U. S. Atty., of Meridian, Miss., Frank J. Wideman, Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., for appellee Fly.

Before SIBLEY, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.

On the authority of United States v. Butler, Receiver, 56 S.Ct. 312, 80 L.Ed. ——, decided January 6th, 1936, the judgments in the above numbered and entitled causes are hereby reversed with costs.